RECEIVED

JCT - 5 2005


ROBERT ... CLERK
WESTERN D... OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED

NOV - 3 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

| | |
|---|---|
| MAURICE RILEY, JR. | CIVIL ACTION NO. 05-0428-L |
| VS. | SECTION P |
| JAMES E. COLEMAN, ET AL. | JUDGE DOHERTY |
| | MAGISTRATE JUDGE METHVIN |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted  28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this ____ day of _____, 2005.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE